IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 07-cv-00660-AP

DENISE I. KEMMERLY,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
TERRY S. FJELD
P.O. Box 17564
Colorado Springs, CO 80935
(719) 520-5385
tsfjeld@aol.com

<u>For Defendant:</u>
THOMAS H. KRAUS
Special Assistant United States Attorney

Social Security Administration
Office of the General Counsel
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 848-0017
tom.kraus@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

   A.   **Date Complaint Was Filed:**  April 3, 2007

   B.   **Date Complaint Was Served on U.S. Attorney's Office:** April 9, 2007

   C.   **Date Answer and Administrative Record Were Filed**:  June 8, 2007

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Plaintiff reserves the right to determine the adequacy of the record until such time as the record is more thoroughly reviewed for preparation of the Opening Brief.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence at this time.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case raises no unusual claims or defenses.

**7.     OTHER MATTERS**

None.

**8.     PROPOSED BRIEFING SCHEDULE**

   A.   **Plaintiff's Opening Brief Due:** July 20, 2007

   B.   **Defendant's Response Brief Due:** August 20, 2007

   C.   **Plaintiff's Reply Brief (If Any) Due:** September 5, 2007

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:**  Plaintiff does not request oral argument.

    B.    **Defendant's Statement:**  Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    A.    **(X) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 25th day of June, 2007.

BY THE COURT:

*S/John L. Kane*

U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Bruce C. Bernstein | TROY A. EID |
| TERRY S. FJELD | UNITED STATES ATTORNEY |
| P.O. Box 17564 | |
| Colorado Springs, CO 80935 | s/ Thomas H. Kraus |
| (719) 520-5385 | By: THOMAS H. KRAUS |
| tsfjeld@aol.com | Special Assistant U.S. Attorney |
| | Social Security Administration |
| | Office of the General Counsel |
| | 1961 Stout Street, Suite 1001A |
| | Denver, Colorado 80294 |
| | Telephone: (303) 844-0017 |
| | tom.kraus@ssa.gov |
| Attorney for Plaintiff | |
| | Attorneys for Defendant |