IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00660-MSK

DENISE KEMMERLY,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

_____

**ORDER GRANTING UNOPPOSED MOTION FOR AWARD OF ATTORNEY FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412**
_____

THIS MATTER comes before the Court on the Plaintiff's Motion for Attorney Fees Under Equal Access to Justice Act (EAJA) **(#35)** filed February 6, 2009 and the Defendant's Notice of Intent to not Object to Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act (**#37**) filed in response on February 12, 2009.  Having reviewed the motion and the record before the Court,

**IT IS ORDERED** that the motion is **GRANTED**.  The Defendant shall pay the amount of $3,216.25 to the Plaintiff for attorney fees, representing 20.75 hours of work performed at the rate of $155 per hour.

DATED this 24th day of February, 2010.

                                                    **BY THE COURT:**

*Marcia S. Krieger* (signature)

Marcia S. Krieger
United States District Judge